Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
CRAIG MATTHEWS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MATTHEWS,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-00750-CKD<br><br>STIPULATION FOR FIRST EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF; ORDER |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended thirty (35) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be July 15, 2024. This is Plaintiff's first request for an extension of time and belatedly sought because Plaintiff's counsel mistakenly believed the due date for Plaintiff's motion was 45 days after Defendant's lodging of the administrative record in this case. Plaintiff's counsel needs additional time to prepare Plaintiff's motion for summary judgment due to multiple conflicting deadlines in other matters and personal responsibilities. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: June 12, 2024                                          Respectfully submitted,

                                                              /s/ *Jared Walker*
                                                              Jared Walker,
                                                              Attorney for Plaintiff

SO STIPULATED:

|   |   |   |
|---|---|---|
|   |   | PHILLIP A. TALBERT<br>United States Attorney |
| Dated: June 12, 2024 | By: | /s/ *Franco L. Becia<br>(*authorized by email on 6/12/2024)<br>FRANCO L. BECIA<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

Dated:  June 12, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE