Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
CRAIG MATTHEWS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG MATTHEWS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:24-cv-00750-CKD<br><br>STIPULATION AND ORDER FOR FINAL EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

　　　　IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his motion for summary judgment be extended an additional fourteen (14) days from the current deadline such that Plaintiff's new deadline, with the Court's approval, will be July 29, 2024. This is Plaintiff's second and final request for an extension and is sought due to his counsel needing more time than anticipated to analyze the treatment record in this case, together with intervening conflicts in unrelated matters. Counsel's intent in seeking this request is not to inconvenience the Court or parties, and this extension is not sought to unduly delay these proceedings. With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: July 12, 2024　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Jared Walker*
　　　　　　　　　　　　　　　　　　　　　　　　　　Jared Walker,
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

SO STIPULATED:

                                        PHILLIP A. TALBERT
                                        United States Attorney

Dated: 7/12/2024            By:    /s/ *Franco Becia
                                        (*authorized by email on *7/12/2024)
                                        FRANCO L. BECIA
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

                                          <u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  July 16, 2024

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE